[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
CORRECTED MEMORANDUM OF DECISION
The Memorandum of Decision dated January 23, 1998 is corrected as to pages 5 and 6 as follows:
Parties written contract $200,000.00
Payments by defendants $192,979.80
Parties Oral Contracts:
 Fireplaces and stairs $ 9,550.00 Fireplace woodwork 2,490.00 Electrical fixtures 883.93 Garage — steel beam 850.00 Copper roofing 500.00 Septic fill 18,801.00 Plumbing 5,230.00 Flooring 2,486.90 Appliances 4,715.64 Electrical wiring 2,954.00 ----------- $ 48,461.47
Credits due defendants: Painting $ 12,000.00 Kitchen 5,500.00 ----------- CT Page 3279 $ 17,500.00
Party's oral contracts balance $ 48,461.47 Less credits -17,500.00 ----------- Oral contracts total $ 30,961.47 Plaintiff's fee at 10% x $30,961.47 3,096.15
Oral contracts total $ 34,057.62 Written contract 200,000.00 -----------
 Total both contracts $234,057.62 Total paid by defendants -192,979.80 ----------- Balance due from defendants to plaintiff $ 41,077.82
JULIUS J. KREMSKI JUDGE TRIAL REFEREE